UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 3:23-00173-02 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JAMES ARD (02) | MAG. JUDGE KAYLA D. MCCLUSKY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 200] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 201] filed by Defendant James Ard, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Motion to Suppress [Doc. No. 155] filed by Defendant James Ard is **DENIED.**

**MONROE, LOUISIANA**, this 20th day of September 2024.

_____
TERRY A. DOUGHTY, JUDGE
UNITED STATES DISTRICT COURT